# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COREY A. WILLIAMS,<br><br>    Defendant. | Case No. 4:00-cr-40065-JPG-1 |

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the defendant's Motion to Reopen Case and For Judicial Review Pursuant to Rule 60(b)(6), *Buck v. Davis*, and FED.R.EVID. 201(c)(1) to Cure a Miscarriage of Justice. (Doc. 83.) On August 9, 2017, the Court warned the defendant that if he did not file a motion to withdraw the prior motion on or before September 8, 2017, the Court would construe it as a 28 U.S.C. § 2255 motion and the defendant will then be subject to the second or successive filing requirements contained in the statute. (Doc. 86.) Despite the Court's instruction, the defendant did not withdraw his motion. Because the defendant has not complied with the second or successive filing requirements, the Court **DISMISSES** his motion.

**IT IS SO ORDERED.**

**DATED: OCTOBER 31, 2017**

                                                *s/ J. Phil Gilbert*
                                                J. PHIL GILBERT
                                                DISTRICT JUDGE